UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY ADAMS,<br><br>          Plaintiff,<br><br>     v.<br><br>J. YATES, et al.,<br><br>          Defendants.<br>_____/ | CASE NO.   1:10-cv-671-AWI-MJS (PC)<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S OBJECTION TO NOTICE OF REMOVAL<br><br>(ECF No. 4) |

      Plaintiff Rickey Adams originally filed this action in Fresno County Superior Court. Defendants filed a Notice of Removal on April 15, 2010 alleging that this Court has original jurisdiction over Plaintiff's claims. (Notice of Removal ¶ 4, ECF No. 1.) On April 28, 2010, Plaintiff filed a Motion to Oppose Defendants' Notice of Removal (ECF No. 4) which alleges that the Fresno County Superior Court has original jurisdiction over his claims. The Court construes Plaintiff's filing as a motion to remand and finds that a response from Defendants would be beneficial in ruling on the motion.

      Accordingly, Defendants are hereby ORDERED to file a response to Plaintiff's motion to remand not later than August 1, 2010.

IT IS SO ORDERED.

Dated:   June 29, 2010          /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE