1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  RICKEY ADAMS, | CASE   NO.   1:10-cv-0671-AWI-MJS   (PC) |
| 10        Plaintiff, | |
| 11  v. | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER |
| 12  J. YATES, et al., | |
| 13        Defendants. | (ECF No. 20) |
| 14 | AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |
| 15  _____/ | |

16
17    Plaintiff   Rickey Adams ("Plaintiff") is a state prisoner proceeding pro se and in

forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

18
19    On September 2, 2011, the Court issued an Order denying Plaintiff's Motion to set

20  a schedule for discovery and pre-trial motions.  (ECF No. 20.)  In the same Order, the

Court granted Plaintiff's Motion to File an Amended Complaint.  (Id.)  Plaintiff was to file

21  his Amended Complaint by October 3, 2011.  (Id.) This deadline has passed.  Plaintiff has

22  not filed an Amended Complaint or a request for an extension of time within which to do

23  so.

24
25    Local Rule 110 provides that "failure of counsel or of a party to comply with these

26  Rules or with any order of the Court may be grounds for imposition by the Court of any and

all sanctions . . . within the inherent power of the Court."  District courts have the inherent

27  power to control their dockets and "in the exercise of that power, they may impose

28

1   sanctions including, where appropriate . . . dismissal of a case." Thompson v. Housing

2   Auth., 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action based on a party's

3   failure to prosecute an action, failure to obey a court order, or failure to comply with local

4   rules.  See, e.g., Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995) (dismissal for

5   noncompliance with local rule); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992)

6   (dismissal for failure to comply with an order requiring amendment of complaint);

7   Henderson v. Duncan, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for lack of

8   prosecution and failure to comply with local rules).

9       Plaintiff has not responded to the Court's September 2, 2011 Order. The October

10   3, 2011 deadline to respond has expired.. (Order, ECF No. 20.)  Accordingly, within no

11   more than **thirty (30) days** of the date of entry of this Order, Plaintiff shall file an Amended

12   Complaint or show cause why his case should not be dismissed for failure to comply with

13   a Court order and failure to state a claim.  **Failure to meet this deadline will result in**

14   **dismissal of this action** for failure to prosecute.

15

16   IT IS SO ORDERED.

17

18   November 17, 2011                        /S/ Michael J. Seng

19                                           United States Magistrate Judge

20

21

22

23

24

25

26

27

28