# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY ADAMS,<br><br>          Plaintiff,<br><br>    v.<br><br>J. YATES, et al.,<br><br>          Defendants.<br>_____/ | CASE NO.   1:10-cv-671-AWI-MJS (PC)<br><br>ORDER DISCHARGING ORDERS TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF Nos. 26 & 27) |

      Plaintiff Rickey Adams ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 15, 2010.

      On September 2, 2011, the Court granted Plaintiff's Motion to File an Amended Complaint. (ECF No. 20.) Plaintiff was to file the amended complaint by October 5, 2011. (Id.) This deadline passed without Plaintiff filing an amended complaint or otherwise responding to the Court's order. On November 18 and 21 of 2011, the Court ordered Plaintiff to show cause within thirty days why this action should not be dismissed. (ECF Nos. 26 & 27.) Plaintiff filed a response on December 2, 2011.

      Given Plaintiff's representations in the respose, the Court will exercise leniency and discharge the orders to show cause.

///

1

1  Accordingly, it is hereby ORDERED that the orders to show cause, filed November
2  18 and 21 of 2011, is DISCHARGED.

IT IS SO ORDERED.

Dated:   December 16, 2011           /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

2