1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11   RICKEY ADAMS,                        1:10-cv-0671-AWI-MJS (PC)

12              Plaintiff,                 FINDINGS AND RECOMMENDATIONS
                                           FOR DISMISSAL OF CERTAIN OF
13   v.                                    PLAINTIFF'S CLAIMS AND DEFENDANTS

14                                         (ECF Nos. 34 & 35)

15   J. YATES, et al.,

16              Defendants.

17   _____/

18        Plaintiff Rickey Adams ("Plaintiff") is a state prisoner proceeding pro se in a civil

19   rights action pursuant to 42 U.S.C. § 1983.

20        On August 30, 2012, after reviewing Plaintiff's Second Amended Complaint, the

21   Court ordered Plaintiff to either file an amended complaint or notify the Court of his

22   willingness to proceed only on his post-November 2008 First Amendment retaliation claim

23   against Defendants Erickson, Rumbles, and Brumbaugh.  (ECF No. 34.)  On September

24   24, 2012, Plaintiff notified the Court of his willingness to forgo a third amended complaint

25   and proceed with his post-2008 First Amendment retaliation claim.  (ECF No. 35.)

26        Accordingly, all claims and Defendants in Plaintiffs Second Amended Complaint,

27   except for his post-November 2008 First Amendment retaliation claim against Defendants

28   Erickson, Rumbles, and Brumbaugh, should now be dismissed.

The Court hereby RECOMMENDS the following:

1.    Plaintiff be allowed to proceed on his post-November 2008 First Amendment retaliation claim against Defendants Erickson, Rumbles, and Brumbaugh;

2.    Plaintiff's pre-November 2008 First Amendment retaliation claim against Defendants Erickson, Rumbles, and Brumbaugh be dismissed;

3.    Plaintiff's Fourteenth Amendment due process claim regarding prison grievance procedures against Defendants Yates, Huckabay, and Grannis be dismissed;

4.    Plaintiff's Fourteenth Amendment due process claim regarding false rules violation reports against Defendants Erickson, Rumbles, and Brumbaugh be dismissed;

5.    Plaintiff's conspiracy claim against Defendants Yates, Erickson, Rumbles, Brumbaugh, Huckabay, Grannis, and Hubbard be dismissed; and

6.    Defendants Yates, Huckabay, Grannis, and Hubbard be dismissed from the action.

These Findings and Recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with these Findings and Recommendations, any party may file written objections with the Court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."   The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Y1 st, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   November 28, 2012          /s/ _Michael J. Seng_

UNITED STATES MAGISTRATE JUDGE