UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY ADAMS, | 1:10-cv-0671-AWI-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING |
| v. | CERTAIN CLAIMS AND DEFENDANTS |
| J. YATES, et al., | (ECF No. 36) |
| Defendants. | |

Plaintiff Rickey Adams ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 28, 2012, the Magistrate Judge filed a Findings and Recommendations, recommending dismissal of certain of Plaintiff's claims and Defendants. (ECF No. 36.)  Plaintiff has failed to file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 28, 2012, are ADOPTED IN FULL;
2. Plaintiff SHALL PROCEED on his post-November 2008 First Amendment retaliation claim against Defendants Erickson, Rumbles, and Brumbaugh;
3. Plaintiff's pre-November 2008 First Amendment retaliation claim against Defendants Erickson, Rumbles, and Brumbaugh are DISMISSED;
4. Plaintiff's Fourteenth Amendment due process claim regarding prison grievance procedures against Defendants Yates, Huckabay, and Grannis are DISMISSED;
5. Plaintiff's Fourteenth Amendment due process claim regarding false rules violation reports against Defendants Erickson, Rumbles, and Brumbaugh is DISMISSED;
6. Plaintiff's conspiracy claim against Defendants Yates, Erickson, Rumbles, Brumbaugh, Huckabay, Grannis, and Hubbard is DISMISSED; and
7. Defendants Yates, Huckabay, Grannis, and Hubbard are DISMISSED from the action.

IT IS SO ORDERED.

Dated:   January 16, 2013

SENIOR DISTRICT JUDGE