# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY ADAMS,<br><br>            Plaintiff,<br><br>    v.<br><br>J. YATES, et al.,<br><br>            Defendants.<br>_____/ | Case No.  1:10-cv-00671-AWI-MJS PC<br><br>ORDER STRIKING UNSIGNED FILING<br><br>ECF No. 51 |

Plaintiff Rickey Adams ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 15, 2010.  On August 12, 2013, Plaintiff filed an unsigned motion for counsel.  Unsigned filings cannot be considered by the Court and therefore, Plaintiff's filing is ORDERED STRICKEN from the record.  Fed. R. Civ. P. 11(a); Local Rule 131.

IT IS SO ORDERED.

Dated:   September 24, 2013              /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE